UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PLASTICS MACHINERY, LP, | ) | CASE NO. 1:06-CV-0438 |
| BROWN PLASTICS MACHINERY, LLC, | ) | |
| | ) | JUDGE ADAMS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATED ORDER FOR A** |
| | ) | **PERMANENT RESTRAINING ORDER** |
| STOPOL, INC., | ) | **AND INJUNCTION** |
| | ) | |
| Defendant. | ) | |

**PERMANENT RESTRAINING ORDER/INJUNCTION**

The parties hereby stipulate and agree to the following order:

IT IS ORDERED that Defendant Stopol, and its affiliates or subsidiaries, is enjoined, from directly or indirectly:

(i)     From competing with EPCO, LLC in: (1) the business of Re-manufacturing or retrofitting of plastic injection molding, blow molding or die casting machinery, (2) the business of rebuilding and updating of plastic injection molding, blow molding or die casting machinery, (3) the business of servicing plastic injection molding, blow molding or die casting machinery, (4) the business of updating machinery controls and programs for plastic injection molding, blow molding or die casting machinery, (5) the business of design/build of custom plastic injection molding, blow molding or die casting machinery, (6) the business of providing installation services for plastic injection molding, blow molding or die casting machinery, (7) the business of providing plant move services, (8) OEM Assembly for injection molding, blow molding, thermoforming and die cast machinery, (9) the business of performing safety upgrades, (10) the business of performing safety audits on a stand alone basis as opposed to advising customers of safety issues as part of the buy/sell process, at anytime time before September 13, 2007; provided, however, that if Steven Schroeder's employment with Stopol is terminated prior to September 13, 2007 for any reason, this restriction shall no longer apply.  Stopol is further enjoined from employing Steven Schroeder in the sale of parts to end users in any manner, including advising others who are so employed in any respect, at anytime time before September 13, 2007;

     (ii)     From recruiting, assisting in the recruitment, soliciting or assisting in the soliciting of, or employing any person currently employed by EPCO, LLC until September 13, 2007;

     (iii)     From using or disclosing any of EPCO's confidential, proprietary or trade secret information or property;

     (iv)     From interfering, in any way, with any current customer, manufacturers representative, contract or prospective customer relationship of EPCO; and

IT IS FURTHER ORDERED, that this matter is dismissed, but that the Court will retain jurisdiction of the matter for purposes of enforcement of this Order.


s/John R. Adams   March 22, 2006
U.S. District Court Judge Adams


Stipulated as to form and substance:


/s/Michael G. Latiff
Michael G. Latiff (P51263)
Attorneys for Plaintiffs


/s/James A. DeRoche
James A. DeRoche
Attorneys for Defendant